## SUMMONS IN A CIVIL ACTION

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542 AND INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE PENSION FUND AND INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE S.U.B. FUND AND INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE APPRENTICESHIP FUND AND INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE ANNUITY FUND AND INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE INDUSTRY ADVANCEMENT FUND AND JOHN HEENAN, IN HIS CAPACITY AS ADMINISTRATOR, INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE BENEFIT FUNDS<br><br>v.<br><br>WILLIAMS EQUIPMENT CORP. | CIVIL ACTION NO. 05-5498<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Williams Equipment Corp.<br>8624 J.D. Reading Drive<br>P. O. Box 1770<br>Manassas, VA  20108 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

SAMUEL L. SPEAR, ESQ.
230 SOUTH BROAD STREET
14TH FLOOR
PHILADELPHIA, PA. 19102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date: OCTOBER 21, 2005 |
|---|---|
| (By) Deputy Clerk<br>STEPHEN SONNIE | |

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | November 1, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Complaint and Summons mailed October 26, 2005 and received on November 1, 2005. Return Receipt Card (see copy below) signed by Rita Anderson.</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Execu

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Art Williams
Williams Equipment Corp.
8624 J.D. Reading Drive
P. O. Box 1770
Manassas, VA  20108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rita Anderson_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Rita Anderson                  11-1-05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:         ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 0750 0001 6929 8006

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.